IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAYMOND BIONDI, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, and OS RESTAURANT SERVICES, LLC, | : : : | CIVIL ACTION NO. 1:14-cv-01561-AT |
| Defendants. | : : | |

## ORDER

The parties filed a Joint Motion for Approval of Settlement Agreement on October 28, 2014 along with their proposed Settlement Agreement and Release. [Doc. 29]. The Court reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. Therefore, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement Agreement [Doc. 29] and **APRROVES** the Settlement Agreement and Release. The Clerk is **DIRECTED** to close the case.

2

**SO ORDERED** this 29th day of October, 2014.

_____
**Amy Totenberg
United States District Judge**